1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RAFAIL,<br><br>                              Plaintiff,<br><br>v.<br><br>NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY,<br><br>                              Defendant. | Case No.:  19-CV-2197 W (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 37]** |

Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 37] and **ORDERS** the case **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  November 18, 2020

_____
Hon. Thomas J. Whelan
United States District Judge

1